UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


UNITED STATES OF AMERICA
*ex rel.* JOHN D. KING,

      Plaintiff,

v.                            CASE NO. 8:08-cv-2416-T-23EAJ

DSE, INC., *et al.*,

      Defendants.

_____/


## **ORDER**

DSE, Inc., and DSE Fuzing, LLC, move (Doc. 232) under Rule 37, Federal

Rules of Civil Procedure, for sanctions including dismissal of the Relator's claims

with prejudice.  Kaman Precision Products Inc., JKS Industries, Inc., and GTI

Systems, Inc., join the motion.  (Docs. 240, 241, and 242)  The United States, which

declined to intervene (Doc. 17), asks that, "in the event the Court dismisses the

Relator's Amended Complaint . . . the Court specify that any such dismissal is

without prejudice as to the United States." (Doc. 247)   The Relator opposes

imposition of a sanction and dismissal.  (Doc. 249, 253, 257, and 259)

The motion was referred to Magistrate Judge Elizabeth A. Jenkins (Doc. 243)

under 28 U.S.C. § 636.  Judge Jenkins scheduled a hearing and ordered the parties to

confer regarding exhibits and witness lists.  (Doc. 251)  The hearing occurred on

October 24, 2012.  (Doc. 265)

As directed by Magistrate Judge Jenkins, the defendants filed a summary

argument brief (Doc. 270) and the Relator filed a summary argument brief

(Doc. 271).   On January 17, 2013, Magistrate Judge Jenkins issued a report and

recommendation.  (Doc. 274).  On January 31, 2013, the Relator filed objections

(Doc. 275) to the report and recommendation.

## CONCLUSION

The Relator's objections (Doc. 275)  are **OVERRULED**, and the report and

recommendation (Doc. 274) is **ADOPTED**.  The motion (Doc. 232) for sanctions is

**GRANTED**.  The action is **DISMISSED WITH PREJUDICE** as to the Relator and

**DISMISSED WITHOUT PREJUDICE** as to the United States.   The Clerk shall

enter judgment accordingly and close the case.

ORDERED in Tampa, Florida, on February 19, 2013.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE